*E-Filed 2/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS CHIPREZ, | No. C 12-4694 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| C. QUEZADA, et al., | |
| Defendants. | |

Plaintiff was ordered to file an amended complaint within 30 days. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order and, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. His motion for an extension of time (Docket No. 8) is DENIED. Any motion to reopen **must** contain an amended complaint. A blank complaint form will be sent to plaintiff. The Clerk shall terminate Docket No. 8, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: February 20, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-4694 RS (PR)
ORDER OF DISMISSAL